## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN CITY BLOOMFIELD, | ) | 3:17-cv-00683-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 20, 2019 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court are Plaintiff's "Motions/Notices" (ECF Nos. 63 and 64) inquiring if the court received Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Addendum/Exhibit in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

    Plaintiff is advised that the court received Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 59) and Plaintiff's Addendum//Exhibit in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 61).

                                      DEBRA K. KEMPI, CLERK

                                      By: /s/_____
                                           Deputy Clerk