# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN CITY BLOOMFIELD, | ) | 3:17-cv-00683-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 22, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's Motion Requesting Magistrate Judge's Report and Recommendation (ECF No. 92) and Plaintiff's Motion Requesting the Court to Send Defendant's Partial Objection (ECF No. 93).

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Magistrate Judge's Report and Recommendation (ECF No. 92) and Plaintiff's Motion Requesting the Court to Send Defendant's Partial Objection (ECF No. 93) are **GRANTED**.  The Clerk shall send Plaintiff a copy of the court's Report and Recommendation (ECF No. 90) and Defendant's Partial Objection to Report and Recommendation (ECF No. 91).

DEBRA K. KEMPI, CLERK

By:      /s/
    Deputy Clerk