AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CITY BROOMFIELD,<br><br>            Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>           Defendants. | Case No. 3:17-cv-00683-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STEVEN CITY BROOMFIELD,<br><br>            Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>           Defendants. | Case No. 3:18-cv-00295-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STEVEN CITY BROOMFIELD,<br><br>            Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>           Defendants. | Case No. 3:19-cv-00295-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Steven City Broomfield, in proper person, and Defendants, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 17th day of July, 2020.

By: /s/ Steven City Broomfield
STEVEN CITY BROOMFIELD
Plaintiff, *Pro Se*

DATED this 17th day of July, 2020.

AARON D. FORD
Attorney General

By: /s/ Stephen J. Avillo
STEPHEN J, AVILLO, Bar No. 11046
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

/s/
U.S. DISTRICT JUDGE

DATED: August 24, 2020

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 24th day of August, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Steven Broomfield #1015630
C/o Law Librarian
Ely State Prison
P.O. Box 1989
Ely, NV 89301
ESP_lawlibrary@doc.nv.gov

/s/ Caitie Collins
An employee of the
Office of the Attorney General

2